# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN, | 1:09-cv-01611-AWI-SMS-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION |
| v. | (Doc. 10.) |
| G. GONZALES, et al., | ORDER WITHDRAWING MOTION FROM COURT'S CALENDAR |
| Defendants. | (Doc. 9.) |

Plaintiff Lance R. Martin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint on September 11, 2009.  (Doc. 1.)  On November 5, 2009, plaintiff filed a motion to voluntarily dismiss his complaint.  (Doc. 9.)  On November 12, 2009, plaintiff filed a request to withdraw the motion.  (Doc. 10.)  Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to voluntarily dismiss his complaint is withdrawn from the court's calendar.

IT IS SO ORDERED.

Dated:   November 13, 2009            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE